**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KENNY BUSH
ADC #088682**                                                                                                          **PETITIONER**

v.                            Case No. 5:14-CV-395 KGB-BD

**RAY HOBBS,
Director, Arkansas
Department of Correction**                                                                     **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 8) and the objections filed by Petitioner Kenny Bush (Dkt. No. 11). After carefully reviewing the Recommended Disposition and Mr. Bush's objections, as well as a *de novo* review of the record, the Court approves and adopts in its entirety the Recommended Disposition as this Court's findings in all respects. Therefore, the Court dismisses with prejudice Mr. Bush's petition for writ of *habeas corpus*.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this Court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

SO ORDERED this 18th day of May, 2015.

_____
Kristine G. Baker
United States District Judge