IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNY BUSH**
**ADC #088682**                                                                                          **PETITIONER**

**v.**                          **Case No. 5:14-CV-395 KGB-BD**

**RAY HOBBS,**
**Director, Arkansas**
**Department of Correction**                                                        **RESPONDENT**

## JUDGMENT

In accordance with the Order entered in this case on this date, the Court dismisses with prejudice petitioner Kenny Bush's petition for writ of *habeas corpus*.

The Court will not issue a certificate of appealability because Mr. Bush has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ADJUDGED this 18th day of May, 2015.

_____
Kristine G. Baker
United States District Judge